IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JANE DOE NO. 1,<br><br>Plaintiff,<br><br>vs.<br><br>BILLINGS SCHOOL DISTRICT NO. 2,<br><br>Defendant. | CV 22-120-BLG-TJC<br><br>**ORDER** |

The Court held a motion hearing on March 7, 2025. For the reasons discussed on the record, IT IS HEREBY ORDERED as follows:

1. Defendant's Motion Objecting to Plaintiff's Expert Witness Disclosure (Doc. 67) is **DENIED as moot**;

2. Plaintiff's Motion to Compel and for Sanctions (Doc. 72) is **DENIED**;

3. Plaintiff's Motion for Protective Order, to Compel Discovery and for Sanctions (Doc. 88) is **DENIED as moot**; and

4. Defendant's Cross Motion for Sanctions (Doc. 94) is **DENIED as moot**.

DATED this 7th day of March, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge